IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT M. BOURNE, )
          Plaintiff, )
v. ) C.A. No. 06-35 Erie
)
LANCASTER NEWSPAPER INC., )
          Defendant. )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on February 13, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on April 12, 2006, recommended that this case be transferred to the United States District Court for the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 9th Day of May, 2006;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of Pennsylvania.

The report and recommendation of Magistrate Judge Baxter, dated April 11, 2006, is adopted as the opinion of the court.

_Maurice B. Cohill, Jr._
MAURICE B. COHILL, JR.
United States District Judge

cc:    all parties of record ___